# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-10-2020

November 10, 2020

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York     Re:    **United States v. Philip Reichenthal**
500 Pearl Street                                      **20 Cr. 00578 (LAK)**
New York, NY 10007   MEMO ENDORSED

Dear Judge Kaplan:

       I am the CJA attorney appointed to represent Philip Reichenthal in the above-captioned matter. I write to respectfully request a temporary bail modification – the removal of Mr. Reichenthal's electronic monitoring device – so that Mr. Reichenthal can undergo necessary surgery. The government and Probation consent to this request.

       Mr. Reichenthal was arrested in the Southern District of Florida on September 14, 2020. He was released on a $500,000 personal recognizance bond secured with his signature, as well as strict supervision and electronic monitoring. I was appointed on September 29, 2020, and bail was continued in this district under the same terms. Mr. Reichenthal has been fully compliant with the terms of his release.

       Mr. Reichenthal, who resides in Florida, has cancer in both kidneys, and is scheduled for pre-operative testing on December 9th, and for surgery to remove the tumors from one of his kidneys on December 12th. He expects to spend several days in the hospital post-surgery. Because an MRI cannot be conducted with an electronic monitoring bracelet in place, and because there is concern that the device will interfere with the equipment used during surgery, we are asking for the device to be temporarily removed. The requested period of the modification is from December 8, 2020, the day before Mr. Reichenthal's early-morning testing on December 9, 2020, until approximately December 14, 2020, or whenever Mr. Reichenthal is discharged from the hospital. Mr. Reichenthal would contact Probation as soon as he knows his exact date of discharge to make arrangements for the reinstallation of the monitoring device.

       Thank you for your kind consideration of this request.

                                                           Respectfully submitted,

                                                           Sarah Kunstler
                                                           Attorney for Philip Reichenthal

*Granted on consent*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ   11/10/2020