# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2022

MEMO ENDORSED

February 2, 2022

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    **United States v. Philip Reichenthal**
                 20 Cr. 00578 (LAK)

Dear Judge Kaplan:

      I write to inform your Honor that the parties have reached an agreement on a plea for Mr. Reichenthal. Given Mr. Reichenthal's multiple illnesses and physical limitations, and the dangers of COVID-19 to someone in his condition, he cannot travel to New York to enter his guilty plea, and we respectfully request the Court's permission to conduct the plea remotely pursuant to the CARES Act. Enclosed, for the Court's review, is a proposed CARES Act order. The government consents to a remote plea.

      Mr. Reichenthal is battling cancer, the breadth of which is still undetermined, as well as a complement of other conditions including spinal stenosis, spinal fractures, polycythemia, and heart disease. Mr. Reichenthal has undergone surgery to remove the cancer from one of his kidneys and is awaiting surgery on the other. This past Fall, he underwent surgery on his cervical spine, which unfortunately resulted in a worsening of his chronic spinal pain. He also suffers from dizziness, balance issues, and suspected cognitive impairment, which his psychiatrist is in the process of evaluating.

      Given his multiple conditions, which have left him with short periods of focus and the need for frequent breaks, it would be much easier to help him prepare for, and enter, his plea if we could physically be in the same room, albeit with appropriate precautions to protect Mr. Reichenthal's health. Such physical presence will ensure that I can provide him with the effective assistance of counsel to which he is entitled. Additionally, Mr. Reichenthal and I have only spoken remotely – but we have never met.

      In order to accomplish this remote plea, I request CJA funds to travel to Miami, Florida Specifically, I respectfully request that your Honor authorize the expenditure of CJA funds for round trip airfare between New York City and Miami, one night at a hotel, and a rental car. I anticipate that the total expense will be under $1000.

*Approved*
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
2/2/22