UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>PHILIP REICHENTHAL<br><br>Defendant. | **ORDER**<br><br>20 Cr. 578 (LAK) |

WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding (the "Proceeding") for defendant Philip Reichenthal to be scheduled for February 11, 2022

WHEREAS, the Court has authorized the use of videoconferencing or teleconferencing, if video is not reasonably available) for felony pleas under Rule 11 of the Federal Rules of Criminal Procedure, having specifically found that Rule 11 felony pleas cannot in all instances be conducted in person without seriously jeopardizing public health and safety, *see In re: Coronavtrus/Covid-19 Pandemic*, Ml0-468 (LTS) (Dec. 14, 2021);

WHEREAS, the defendant has consented to the use of videoconferencing (or teleconferencing, if video is not reasonably available) for the Proceeding;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

THE COURT HEREBY FINDS that because the defendant has consented to proceedingremotely, and for the reasons set forth in the parties' letter of February 2 2022, the Proceeding cannot be further delayed without serious harm to the interests of justice.

Accordingly, IT IS HEREBY ORDERED that the Proceeding, to be scheduled for


February 11, 2022, shall be conducted before the duty Magistrate Judge by videoconferencing, or teleconferencing, if video is not reasonably available.

SO ORDERED:

Dated:   New York, New York

February 2, 2022

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK