# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

October 18, 2022

BY ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/22
```

Re: **United States v. Philip Reichenthal**
20 Cr. 00578 (LAK)

**MEMO ENDORSED**

Dear Judge Kaplan:

On behalf of my client, Philip Reichenthal, I write to respectfully request the Court's authorization of a remote sentence pursuant to the CARE ACT, and for CJA funds so I can travel to be physically present with Mr. Reichenthal at his sentence on November 29, 2022.

Given my client's multiple illnesses and physical limitations, and the dangers of COVID-19 to someone in his condition, I previously requested, and your Honor previously approved, my client's remote plea on February 11, 2022 and his remote sentence on September 21, 2022, his originally scheduled sentencing date. With the government's consent, and on the same basis, we respectfully request a remote sentencing on November 29, 2022. Mr. Reichenthal has previously executed a waiver of his right to be physically present at sentencing.

In order to accomplish this remote sentencing, I respectfully request CJA funds to travel to Miami, Florida to assist Mr. Reichenthal with his sentencing. As addressed in prior requests, my physical presence will ensure that I can provide my client with the effective assistance of counsel to which he is entitled. Accordingly, I respectfully request that your Honor authorize the expenditure of CJA funds for round trip airfare between New York City and Miami, one night at a hotel, and a rental car. I anticipate that this expense will be under $1,000 in total.

Thank you for your kind consideration of these requests.

Respectfully submitted,

*Sarah Kunstler*

Sarah Kunstler
Attorney for Philip Reichenthal

CC: AUSA Drew Skinner

Granted
SO ORDERED
*LEWIS A. KAPLAN, USDJ*
10/19/22