# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-24

August 19, 2024

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Philip Reichenthal**
**20 Cr. 00578 (LAK)**

Dear Judge Kaplan:

I am the CJA attorney appointed to represent Philip Reichenthal in the above-captioned matter. I am writing to ask the Court to consider ending the home detention and location monitoring condition components of Mr. Reichenthal's supervision early. Probation has no objection to removal of these conditions. The government takes no position.

As background, on November 28, 2022, this Court sentenced Mr. Reichenthal to time served, with three years' supervised release and two years of location monitoring, during which time Mr. Reichenthal is restricted to his residence except for activities approved by Probation. Under the terms of the judgment, your Honor gave Probation the discretion to choose the technology employed to accomplish location monitoring. In January of 2023, the parties agreed that Probation could switch from location monitoring enforced by an electronic ankle monitor to location monitoring enforced by random telephone calls to a landline in Mr. Reichenthal's home. The home detention/location monitoring condition is set to expire on December 11, 2024. Mr. Reichenthal's supervision ends on November 27, 2025.

Over the past 21 months since his sentencing, Mr. Reichenthal has been fully compliant with the terms of his release. He continues to have serious health issues, with frequent doctors' appointments and hospitalizations. Due to the random scheduling of the automated monitoring calls, Mr. Reichenthal is often out of the house when the calls happen. As such, these calls are not really a useful tool for Probation.

Given that home detention/location monitoring is set to expire in under four months, I am writing to respectfully request that this Court consider terminating these conditions early.

Thank you for your kind consideration of this request.

Respectfully submitted,

*Sarah Kunstler*

Sarah Kunstler
Attorney for Philip Reichenthal

**MEMO ENDORSED**

CC: AUSA Benjamin Burkett
    Probation Officer Ethan Martinez

Denied. **SO ORDERED**

*Lewis A. Kaplan*

**LEWIS A. KAPLAN, USDJ**   8/20/24